UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MONA E. MICHEL,

Debtor.
_____/

**FILED**
JAN -8 2018
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Chapter 7

Case No: 6:17-bk-07542-CCJ

## MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

Debtor, Mona E. Michel, hereby file this as her motion for extension of time to response to creditor's motion; as grounds therefore, states as follow:

1- The Creditor, World II LLC,'s attorney certified that true and correct copies of his motion was furnished to the debtor Mona E Michel on December 19, 2017 via US mail.

2- The creditor's attorney truly mailed this motion on January 3, 2018 according to the US postal service. A copy of the envelop is attached to this motion. See Exhibit A.

3- Debtor, Mona E. Michel, received creditor's motion on January 4, 2018; therefore, Debtor needs additional time to answer creditor's motion accordingly.

4- Creditor will not suffer any prejudice by the court granting this brief extension request.

**WHEREFORE DEBTOR**, MONA E. MICHEL, respectfully request this honorable court grant her request for an extension of time to response to creditor's motion, together with all such further relief this court deems equitable and just.

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing was sent by U.S. Mail to Michael A. Nardella & Nardella PLLC, Attorney for the creditor, 250 E. colonial Drive, Suite 102, Orlando, 32801, on this 8th day of January 2018.

Mona E. Michel
7628 El Dorado Place
Orlando, FL.32818

**NARDELLA & NARDELLA** PLLC
250 East Colonial Drive, Suite 102
Orlando, Florida 32801

32818-304426

Mona E. Michel
7628 Eldorado Place
Orlando, FL 32818

ORLANDO FL 328

03 JAN 2018 PM 7 L