ORDERED.

Dated:  January 24, 2018

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Mona E. Michel,

     Debtor.
_____/

Chapter 7
Case No. 6:17-bk-07542-CCJ

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE
ANSWER TO CREDITOR WORLD II, LLC'S MOTION FOR
AN ORDER CONFIRMING TERMINATION OF AUTOMATICE STAY**

This case came before the Court for consideration of the Debtor's Motion to Extend Time to file a response (Doc. No. 24; the "Motion").  After reviewing the pleadings, it is

ORDERED:

1. The Motion is granted.

2. Debtor will have until February 5, 2018 to file a response.

Clerk's office to serve